```
           IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**RUBY A. WHITE**                                                           **PLAINTIFF**

v.                            Civil No. 09-5174

**MICHAEL J. ASTRUE,**
**Commissioner,**
**Social Security Administration**                                          **DEFENDANT**

### O R D E R

Now on this 9th day of November, 2010, comes on for consideration the **Report and Recommendation of the United States Magistrate Judge** (Doc. 9) to which no objections have been made. The Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the United States Magistrate Judge** (Doc. 9) is hereby **adopted *in toto*;**

**IT IS FURTHER ORDERED** that the decision of the ALJ is hereby **reversed;**

**IT IS FURTHER ORDERED** that this case is hereby **remanded** pursuant to the Report and Recommendation so that the ALJ can fully consider the factors outlined in *Polaski v. Heckler*, 739 F.2d 1320 (8th Cir. 1984).

IT IS SO ORDERED.

/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE