IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RUBY A. WHITE                                                                                          PLAINTIFF

v.                                        CIVIL NO. 09-5174

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                     DEFENDANT

**O R D E R**

On this 15th day of March, 2011, the Court has before it for consideration of Plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

For reasons set forth in the report and recommendation filed by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas, on February 22, 2011, the Court finds that the Magistrate Judge's recommendations should be adopted *in toto* and hereby awards Plaintiff's attorney fees in the amount of $4,068.75 representing 29.75 hours of work at a rate of $125.00 per hour and $350.00 in expenses.

This amount shall be paid in addition to, and not out of, any past-due benefits Plaintiff may be awarded in the future.

IT IS SO ORDERED.

/s/ Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE